MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Robert C. Angelillo, Esq.
990 Stewart Avenue, Suite 300
Post Office Box 9194
Garden City, New York 11530-9194
(516) 741-6565

LAW OFFICE OF PATRICIA
WILLIAMS PREWITT
Patricia Williams Prewitt
 10953 Vista Lake Court
Navasota, Texas 77868
(936) 825-8705

*Co-Counsel for Kinder Morgan Liquids Terminals, L.L.C.*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>BASIC LINE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No: 10-11474 (KCF) |
| YAFFA LICARI, BASIC LINE & SHEINA ASSOCIATES,<br><br>Plaintiffs,<br><br>v.<br><br>MORTON INTERNATIONAL, INC., KINDER MORGAN LIQUIDS TERMINALS, ABC CORPORATION<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - MIDDLESEX COUNTY DOCKET NO.: MID -l 9066-10<br><br>ADV. PRO. NO. _____ |

## DEFENDANT KINDER MORGAN LIQUID TERMINALS, L.L.C.'S NOTICE OF REMOVAL

Defendant Kinder Morgan Liquid Terminals, L.L. C. files this Notice of Removal

pursuant to 28 U.S.C. § 1452.

{00129005.DOC}

A. **INTRODUCTION**

1. Plaintiffs are Yaffa Licari, Debtor Basic Line, Inc. and Sheina Associates (collectively "Debtor"). Defendants are Kinder Morgan Liquids Terminals, L.L.C. ("KMLT"), Morton International, Inc. and ABC Corporation.

2. The names and address of the parties and counsel are as follows:

<u>Kinder Morgan Liquids Terminals, L.L.C</u>
500 Dallas Street, Suite 1000
Houston, Texas 77002
counsel- Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, Texas  77868

<u>Morton International Inc.</u> has not yet appeared

<u>ABC Corporation</u> is a fictitious name as set forth in the state court pleading

<u>Debtor</u> is represented in the state court action by Richard W. Wedinger, Barry, McTiernan & Wedinger, 1024 Amboy Avenue, Edison, New Jersey, 08837[1]. Debtor basic Line's bankruptcy counsel is Scott Rever, Wasserman, Jurista & Stolz, P.C., 225 Millburn Avenue, Suite 207, P.O. Box 1029, Millburn, New Jersey  07041.

3. On December 7, 2010, Debtor sued KMLT for causes of action allegedly arising out of certain property owned by KMLT located at 920 High Street #1, Perth Amboy, New Jersey, directly across from space Debtor Basic Line rents from its affiliate Sheina. This suit is pending as Cause No. Mid-L-9066-10; In the Superior Court of New

---

[1] Based upon information and belief, Barry, McTiernan & Wedinger has neither obtained nor sought approval of the Bankruptcy Court to serve as special counsel to Debtor Basic Line, Inc.

{00129005.DOC}                                     2

Jersey, Middlesex County- Law Division. KMLT was first provided with a copy of the pleading on January 4, 2011.

4. This case is removable pursuant to Bankruptcy Rule 9027(3)(a). Debtor Basic Line is currently a debtor in possession in the case of In re Basic Line, Inc., Case No. 10-11474, pending in the United States Bankruptcy Court for the District of New Jersey, Trenton Division. Kinder Morgan files this Notice of Removal within 30 days of receipt of the state filing.

5. None of the Defendants have appeared in the state court litigation.

B. **BASIS FOR REMOVAL**

6. Removal is proper because 28 U.S.C. § 1452 expressly provides for the removal of this suit and removal is allowed under Rule 9027 of the Federal Rules of Bankruptcy Procedure.

7. This Notice of Removal is accompanied by copies of all papers that have been filed in the State Court from which this case is removed, pursuant to Local Bankruptcy Rule 9027.

8. Venue is proper in this District Court under 28 U.S.C. § 1452(a) because the State Court where the action has been pending is located in this District.

9. Defendant will promptly file a copy of this Notice of Removal with the Clerk of the State Court where the action has been pending.

C. **CONSENT TO THE BANKRUPTCY COURT**

10. KMLT asserts that this proceeding is core. KMLT consents to the entry of final orders or judgments by the Bankruptcy Judge.

**D.** **JURY DEMAND**

11. Debtor requested a jury trial in the State Court action. KMLT denies that Debtor is entitled to a jury trial.

{00129005.DOC}    4

**E.    CONCLUSION**

12.    Removal is proper under 28 U.S.C. § 1452.  KMLT has complied with all requirements and this dispute should proceed in federal bankruptcy court.  Pursuant to standing order dated July 23, 1984, this case should be automatically referred to the United States Bankruptcy Court District of New Jersey.

> Respectfully submitted,
>
> MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
>
> By:  /s/ Robert C. Angelillo
>     Robert C. Angelillo
>     990 Stewart Avenue, Suite 300
>     Post Office Box 9194
>     Garden City, New York 11530-9194
>     Telephone:  (516) 741-6565
>     Facsimile:  (516) 741-6706
>
> LAW OFFICE OF PATRICIA WILLIAMS PREWITT
>
> By:  /s/ Patricia Williams Prewitt
>     Patricia Williams Prewitt
>     TX Bar No. 21566370
>     10953 Vista Lake Court
>     Navasota, Texas 77868
>     Telephone: (936) 499-8668
>     Facsimile: (713) 583-2833
>
> CO-COUNSEL FOR DEFENDANTS
> KINDER MORGAN LIQUIDS TERMINALS, L.L.C.

RWW/RJ/tl
PL\R10811\legal\Summons122110

**BARRY, McTIERNAN & WEDINGER**
1024 Amboy Avenue
Edison, New Jersey 08837
(732) 225-3510
Attorneys for Plaintiffs
*YAFFA LICARI, BASIC LINE & SHEINA ASSOCIATES*

| | |
|---|---|
| YAFFA LICARI, BASIC LINE & SHEINA ASSOCIATES,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTON INTERNATIONAL, INC., KINDER MORGAN LIQUIDS TERMINALS, ABC CORPORATION,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION-MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L-9066-10<br><br>CIVIL ACTION<br><br>SUMMONS |

TO:
**KINDER MORGAN LIQUIDS TERMINALS**
920 High Street – No. 1
Perth Amboy, New Jersey  08861-2091

**From The State of New Jersey To The Defendant Named Above:**

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of service with the Deputy Clerk of the Superior Court in the County listed above within 35 days from the date you received this Summons, not counting the date you received it. (The address of each Deputy Clerk of the Superior Court is provided.) If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, N.J. 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information (available from the Deputy Clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will

not protect your rights; you must file and serve a written Answer or Motion (with fee of $135.00 and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days, the Court may enter a Judgment against you for the relief plaintiffs' demands, plus interest and costs of suit. If Judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the Judgment.

If you cannot afford an attorney, you may call the Legal Services in the County where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers if also provided.

/S/
Jennifer M. Perez
Acting Clerk of the Superior Court

DATED: January 4, 2011

Name of Defendant to Be Served:    KINDER MORGAN LIQUIDS TERMINALS

Address of Defendant to Be Served: 920 High Street-No. 1, Perth Amboy, NJ  08861-2091

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First floor
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main Street
Hackensack, NJ 07601-0769

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing
1st Floor, Hall of Records
101 S. Fifth Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street, Room 131
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First floor, Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House – 1st Floor
583 Newark Avenue
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building, 3rd floor
One Kennedy Square, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Place, P.O. Box 910
Morristown, NJ 07960-0910

LAWYER REFFERAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 345-7171

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market Street, P.O. Box 18
Salem, NJ 08079

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd floor
P.O. Box 3000
Somerville, NJ 08876

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

RWW/rj
PL-R10811/legal/COM111210
**BARRY, McTIERNAN & WEDINGER**
1024 Amboy Avenue
Edison, NJ 08837
(732) 225-3510
Attorneys for Plaintiff(s),
*Yaffa Licari, Basic Line & Sheina Associates*

------------------------------X
YAFFA LICARI,
BASIC LINE & SHEINA ASSOCIATES

       Plaintiff(s),

vs.

MORTON INTERNATIONAL, INC.,
KINDER MORGAN LIQUIDS
TERMINALS,
ABC CORPORATION,

       Defendant(s).
------------------------------X

RECEIVED-FL 2010 DEC -7 A 10:05 CIVIL OFFICE MIDDLESEX VICINA   COPY

SUPERIOR COURT OF NEW JERSEY
MIDDLESEX COUNTY- LAW DIVISION

DOCKET NO. MID-L- 9066-10

CIVIL ACTION

COMPLAINT and JURY DEMAND

Plaintiffs, YAFFA LICARI, BASIC LINE & SHEINA ASSOCIATES., whose business is located at 975 High Street, Perth Amboy, NJ 08861 with its offices in New Jersey by way of Complaint against Defendants says:

## COUNT ONE

1. Yaffa Licari is a principal owner of Basic Line & Sheina Associates located at 975 High Street, Perth Amboy, NJ 08861. (Yaffa Licari, Basic Line and Sheina Associates are hereinafter referred to as "Plaintiffs" jointly).

2. At all relevant times, Defendant Morton International Inc. was a consumer salt maker doing business on the premises of 920 High Street #1, Perth Amboy, NJ 08861-2091, directly across from Plaintiffs' place of business.

3. Defendant Morton International Inc. had an ongoing duty to maintain their property in a reasonable manner with regard to its surroundings.

4. Defendant Morton International Inc. breached this duty by maintaining their property, specifically their salt in a careless, reckless and/or negligent manner.

5. As a result of the carelessness, recklessness, and/or negligence of the Defendant Morton International Inc., Plaintiffs, were required to pay significant sums for damages to the merchandise, inventory, equipment and employees including but not limited to twice replacing the roof of Plaintiffs' principal place of business because of rust and corrosion damage, internal steel structural repairs, exterior building repairs to fix rusting and corrosion.

6. As a result of the carelessness, recklessness and negligence of said Defendant, Plaintiffs have been seriously and significantly harmed and have suffered financial losses of sales and profits, a loss of inventory, construction costs and reconstruction costs and overhead costs for Plaintiff's business as well as damage to the property of their employees and owners.

WHEREFORE, Plaintiffs demand judgment against Defendant Morton International Inc., for full reimbursement of expenses related to the rusting and corrosion damages, compensatory damages, together with interest and cost of suit, and incidental damages.

## COUNT TWO

1. Plaintiffs repeat, reiterate, and re-allege each and every allegation of Count One, herein transposed with the same force and effect as if reinstated herein.

2. At all relevant times Defendant Kinder Morgan Liquids Terminal was the owner of the premises at 920 High Street #1, Perth Amboy, NJ 08861-2091

3. Defendant Kinder Morgan Liquids Terminal had an ongoing duty to maintain its premises in a safe and reasonably manner.

4. Defendant Kinder Morgan Liquids Terminal was careless, reckless and negligent in the ownership of the subject property causing it to breach its duty.

5. As a result of the carelessness, recklessness, and/or negligence of the Defendant Morton International Inc., Plaintiffs, were required to pay significant sums for damages to the property, building, merchandise, inventory, equipment and employees including but not limited to twice replacing the roof of Plaintiffs' principal place of business because of rust and corrosion damage, internal steel structural repairs, exterior building repairs to fix rusting and corrosion.

6. As a result of said conduct, Plaintiffs suffered severe financial losses, including but not limited to loss of inventory, loss of profits, loss of sales, interruption of business and physical damage to the building where the business was located and its employees and agents.

WHEREFORE, Plaintiffs demand judgment against Defendant Kinder Morgan Liquids Terminals for full reimbursement of expenses related to the rusting and corrosion damages, compensatory damages, together with interest and cost of suit.

## COUNT THREE

1. Plaintiff repeats, reiterates, and re-alleges each and every allegation in Counts One and Two and herein transposed with the same force and effect as if reinstated herein.

2. At all relevant times Defendant ABC Corporation, a fictitious name, through its agents, servants and employees, were co-owners/ doing business on the subject premises.

3. Defendant ABC Corporation was careless, reckless and negligent in the ownership/use of the premises.

4. As a result of said conduct Plaintiffs suffered severe financial losses, including but not limited to loss of inventory, loss of profits and physical damage to the building and medical complications for its employees and agents.

WHEREFORE, Plaintiffs demand judgment against Defendant ABC Corporation for full reimbursement of expenses related to the explosion, compensatory damages together with interest and cost of suit.

## COUNT FOUR

1. Plaintiffs repeat, reiterate, and re-allege each and every allegation in Counts One through Three and herein transposed with the same force and effect as if reinstated herein.

2. The aforementioned Defendants, during the relevant time period, conducted their operations and ownership on their property in direct and complete interference with the enjoyment of Plaintiffs' property and thereby creating a private nuisance.

WHEREFORE, Plaintiffs demand judgment against aforementioned Defendants for full reimbursement of expenses related to the private nuisance created on Plaintiff's property.

## COUNT FIVE

1. Plaintiffs repeat, reiterate, and re-allege each and every allegation in Counts One through Four and herein transposed with the same force and effect as if reinstated herein.

2. Plaintiffs have been in possession of the property at 975 High Street, Perth Amboy, NJ 08861.

3. The aforementioned Defendants without the consent or authority and against the will of the Plaintiff, have continuously permitted their products to enter upon the land of the Plaintiffs.

4. This ongoing trespass has caused damage to Plaintiffs.

WHEREFORE, Plaintiffs demand judgment against aforementioned Defendants for full reimbursement of expenses related to the private nuisance created on Plaintiffs' property.

BARRY, McTIERNAN & WEDINGER

_____
Richard W. Wedinger, Esq.

Dated: December 2, 2010

## CERTIFICATION PURSUANT TO 4:5-1(b)(2)

Plaintiffs certify that the matter in controversy is the subject of another action pending in Court. Further, there is no Case Management Conference scheduled in the above referenced matter.

BARRY, McTIERNAN & WEDINGER

_____
Richard W. Wedinger, Esq.

Dated: December 2, 2010

## JURY DEMAND

Plaintiffs, Yaffa Licari, Basic Lince & Sheina Associates, hereby demand a trial by jury on all issues so triable.

BARRY, McTIERNAN & WEDINGER

_____
Richard W. Wedinger, Esq.

Dated: December 2, 2010

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Richard W. Wedinger, Esq., is hereby designated as trial counsel for the Plaintiffs, Yaffa Licari, Basic Lines, & Sheina Associates.

BARRY, McTIERNAN & WEDINGER

_____
Richard W. Wedinger, Esq.

Dated: December 2, 2010

**Appendix XII-B1**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for Initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| | |
|---|---|
| ATTORNEY / PRO SE NAME: Richard W. Wedinger | TELEPHONE NUMBER: (732) 225-3510 |
| FIRM NAME (if applicable): Barry, McTiernan & Wedinger | COUNTY OF VENUE: Middlesex |
| OFFICE ADDRESS: 1024 Amboy Avenue, Edison, New Jersey 08837 | DOCKET NUMBER (when available): MID-L- 9066-10 |
| | DOCUMENT TYPE: Complaint |
| | JURY DEMAND: ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Plaintiffs Yaffa Licari, Basic Line & Sheina Associates | Licari, Yaffa, Basic Line & Sheina Associates v. Morton International, LLC., et al. |

CASE TYPE NUMBER (See reverse side for listing): 699

IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

RELATED CASES PENDING? ☐ YES ■ No
IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ Yes ■ No

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known): ☐ NONE ■ UNKNOWN

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ■ No
IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ No
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION

WILL AN INTERPRETER BE NEEDED? ☐ YES ■ No
IF YES, FOR WHAT LANGUAGE?

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Effective 04/01/2010, CN 10517-English                                              page 1 of 2



Side 2

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule 4:5-1*

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999  OTHER (Briefly describe nature of action)

### Track II - 300 days' discovery
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603  AUTO NEGLIGENCE – PERSONAL INJURY
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 699  TORT – OTHER

### Track III - 450 days' discovery
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Centrally Managed Litigation (Track IV)
- 280  Zelnorm
- 285  Stryker Trident Hip Implants
- 288  Prudential Tort Litigation

### Mass Tort (Track IV)
- 248  CIBA GEIGY
- 266  HORMONE REPLACEMENT THERAPY (HRT)
- 271  ACCUTANE
- 272  BEXTRA/CELEBREX
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 275  ORTHO EVRA
- 277  MAHWAH TOXIC DUMP SITE
- 278  ZOMETA/AREDIA
- 279  GADOLINIUM
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 283  DIGITEK
- 284  NUVARING
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 601  ASBESTOS
- 619  VIOXX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category
☐ Verbal Threshold     ☐ Putative Class Action     ☐ Title 59

page 2 of 2

Effective 04/01/2010, CN 10517-English